UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In the Matter of: }
}
GARY COOPER, } Case No. 18-82436-CRJ-13
}
Debtor(s), }
} Chapter 13

GARY COOPER, }
}
Plaintiff(s), }
vs. }
} AP No. 20-80083-CRJ
AVADIAN CREDIT UNION, and }
BSI FINANCIAL SERVICES, }
}
Defendant(s).

## ORDER VACATING DEADLINES AND HEARING ON DEFENDANTS' MOTION TO COMPEL DISCOVERY RESPONSES

The above-styled Adversary Proceeding is before the Court on the Notice of Settlement filed by the Plaintiff, stating that the parties have resolved all claims in this Adversary Proceeding and requesting that the Court vacate all remaining deadlines to allow the parties sixty days to file the appropriate settlement documents.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED** that all remaining deadlines in this Adversary Proceeding are hereby **VACATED**. The parties are hereby directed to file the necessary settlement documents within sixty days from the date of this Order, which must include the summary of new procedures implemented by the Defendant(s) to avoid future violations of the automatic stay.

**IT IS FURTHER ORDERED** that the hearing on Defendants' Motion to Compel Discovery Responses scheduled on November 17, 2021 is hereby **VACATED**.

Dated this the 4th day of November, 2021.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge